NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KRISTA T. WALKER,**

*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**

*Respondent*

---

2026-1994

---

Petition for review of the Merit Systems Protection Board in No. DA-114M-24-0485-Y-1.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Krista T. Walker's motion for leave to proceed *in forma pauperis* and failure to file Federal Circuit Form 10: Fed. Cir. R. 15(c) Statement Concerning Discrimination,

2                                                                    WALKER v. DHS

IT IS ORDERED THAT:

(1)  The motion is denied, and the petition for review is dismissed.  *See* Fed. Cir. R. 15(c)(3).

(2)  Each party shall bear its own costs.

FOR THE COURT

July 30, 2026
Date

Jarrett B. Perlow
Clerk of Court